UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMES RAY,<br><br>                              Plaintiff,<br>              -v-<br><br>CHRISTINA RAY,<br><br>                              Defendant. | 20 Civ. 6720 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On October 12, 2020, defendant Christina Ray filed a motion for sanctions pursuant to Fed. R. Civ. P. 11. Dkt. 14. It is hereby ordered that plaintiff Ames Ray shall serve any opposition to the motion for sanctions by October 26, 2020. Defendant's reply, if any, shall be served by November 2, 2020. At the time any reply is served, the moving party shall supply the Court with courtesy copies of all motion papers via email to EngelmayerNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 13, 2020
       New York, New York